

Gregory Ryan Webb

Plaintiff

V.
$2:24 - cv - 00039$
$CH$

Cumberland County, TN Republican Party

Defendant(s)

## COMPLAINT

Comes now the Plaintiff, pro se, and for cause of action against the Defendant(s) would respectfully state as follows:

## INTRODUCTION

1. This action is brought against the Defendant(s) pursuant to 42 U.S.C. & 1983 for deprivation of civil rights secured by the fourth, fifth, sixth, eighth, and fourteenth Amendment(s) to the United States Constitution. It arises out of the kidnapping, savage, willful, malicious, sadistic legal assault of pro se Plaintiff, Gregory Ryan Webb during the 2021 and 2022 Cumberland County, TN election in Cumberland County, TN. This Defendant is guilty in both their individual and official capacity after acting through the color of state

1

law through state actors I will and won't individually name in that this unique case including any case related that I've filed places a broadcasted audio in that all Mr. Webb has name entertained this audio in their individual capacities removing all immunity.

## JURISDICTION AND VENUE

2. This is an action for redress for violations of civil rights laws of the United States and jurisdiction of this Court is therefore invoked pursuant to 28 U.S.C. & 1343(a). 42 U.S.C. 1983, and 20 U.S.C. 1681(a).

3. The acts and omissions and the resulting claims asserted in this Complaint occurred in and arose in Cumberland County, Tennessee, which is located in this District. Venue is thus properly laid in this Court pursuant to 28 U.S.C. 1391(b).

## PARTIES

4. Plaintiff, Gregory Ryan Webb. 934 Macedonia Road, Spring City, TN 37381. 865-297-6641 ryan190023@gmail.com

5. Defendant, Republican Party of Cumberland County, Tennessee, 539 West Avenue, Suite 103, Crossville, TN 38555

## STATEMENT OF FACTS

6. The Plaintiff, Mr. Webb, is a domestic violence victim documented through Sangamon County, Illinois court docket on 12/31/2019.

7. Mr. Webb is a domestic violence victim through the Avalon Center of Crossville, TN with the nickname **PRECIOUS** since March, 2021.

8. Mr. Webb filed for an Order Of Protection on 09/16/2021 and received that Order supported by the Avalon Center and two Judicial Commissioners of Cumberland County, TN.

9. Mr. Webb confronted the Cumberland County, TN sheriff's department after 9:30am on 09/16/2021 due to the fact they were not serving the order of protection against Ms. Webb

10. After being served the O.P. Ms. Webb continued to shut Mr. Webb's phone off through the Family/Child Verizon App.

11. After being served the O.P. Ms. Webb and/or her Aunt, Fransis Mata Trillo, burglarized my vehicle and stole my laptop, documents, and evidence that would incriminate both Ms. Webb and Ms. Trillo.

12. Ms. Trillo held the stolen property in her vehicle in which Mr. Webb called 911 resulting in a deputy stating Mr. Webb would not be getting his stolen property and that "it's a civil issue".

13.    While the O.P. Ms. Webb came to the home she was ordered to stay away from and stole the vehicle she was not allowed to take, and Ms. Webb stole our child from the property.

14.    Ms. Webb then arrived at the home, aggressively charged in the front door, and harassed the victim, Mr. Gregory Ryan Webb.

15.    Mr. Webb called 911 instead of legally and physically defending himself.

16.    The responding officer called Mr. Webb after dispatch gave Mr. Webb's phone number to the responding officer.

17.    Mr. Webb received a call from the officer en route, was told to leave the home, the Order Of Protection was in the system, the officer stated he was "in route to make the arrest."

18.    Mr. Webb arrived at the scene, the officer stated, "Mr. Webb, I'm sorry but I've never seen this happen in my 21 year career."

19.    The Order Of Protection was lifted after an ex parte was issued before the arrest could be made in that Ivy Mayberry did not yet represent Mr. Webb concerning the O.P. of any kind.

20.    The 911 audio(s) were never brought "to light" in that Mr. Webb has multiple video's of law enforcement allowing Ms. Webb to commit felonies against Mr. Webb.

21.   Mr. Webb called 911 again on the evening of 09/16/2021 when the operator stated, "Mr. Webb, I need you to get that signed court order". The 911 operator stated this request twice.

22.   On 09/17/2021, the day after Mr. Webb's Order Of Protection was wrongfully taken through abused ex parte and/or other,  Ms. Webb staged a fake domestic, carried out the act, and had Mr. Webb arrested after Ms. Webb committed a false use of 911 in that Mr. Webb owns the full video of the false use of 911.

23.   Mr. Webb was illegally removed from his home on 09/17/2021, removed from his son's life, and has not been home since after a female deputy made a phone call with the other party on the phone demanding Mr. Webb be arrested.

24.   Mr. Webb is and was "targeted", for failure through three court cases arising after Ms. Webb, John Tyler Merchant, and Avery York Jr., planned a conspiracy against Mr. Webb, the Plaintiff in this case.

25.   Mr. Webb hired Ivy Gardner Mayberry for legal representation concerning the three Cumberland County, TN cases in that Mr. Webb spoke to Mrs. Mayberry on both 09/16/21 and 09/17/21 in which those timelines were when Mr. Webb received O.P., Mr. Webb had the O.P. taken away, and Mr. Webb suffered false arrest due to an

order given to Deputy Alverez who was the arresting officer on 09/17/21.

26. Ivy Gardner Mayberry allowed Mr. Webb to be set up for legal failure through the Republican Party of Cumberland County, TN and Avery York Jr., who was Ms. Webb's romantic affair at that time during late 2021.

27. Mr. Webb filed for divorce through Ivy Gardner Mayberry during late September of 2021.

28. Mr. Webb paid Mrs. Mayberry on or before October 4, 2021 but Mrs. Mayberry did not file the divorce.

29. Ms. Webb later filed for divorce through opposing Attorney Kevin Bryant in that Mrs. Mayberry purposely allowed Ms. Webb to be the Plaintiff in all three of the Cumberland County, TN cases resulting in her client, Mr. Webb being viewed as the defendant in all.

30. Mrs. Mayberry knew Mr. York would "target" Mr. Webb in a conspiracy and Mrs. Mayberry purposely allowed it without an appropriate and/or acceptable defense for Mr. Webb.

31. Mr. York has family and friends in the Republican Party For Cumberland County, TN in that Mr. York Jr. and his father lived in Mr. Webb's neighborhood.

32. Mr. York continued his romantic affair with Ms. Webb in which Mr. York Jr's ex wife witnessed Mr. York Jr. and Ms. Webb participating in extreme alcohol and romance.

33. Mr. York used his influence through the Republican Party Of Cumberland County, TN to prevent Mr. Webb from ever coming home and/or seeing his son.

34. Mrs. Mayberry influenced Mr. Webb to write up Judge Larry Warner who was the General Sessions Judge and dominant member of the Republican Party Of Cumberland County, Tennessee.

35. The Republican Party Of Tennessee "targeted" Mr. Webb for failure through the three court cases and through Mr. Webb's attorney, Mrs. Mayberry, in which Mr. Webb received no relief as the victim.

36. Mrs. Mayberry was caught using Mr. Webb as a legal weapon during the 2021 and 2022 election through the filing of 1983's against her opponents in the election.

37. Mrs. Mayberry purposely hid Mr. Webb's evidence in the late year of 2021 when there was no reason to do so.

38. Mrs. Mayberry then "targeted" Mr. Webb through his employer, through local law enforcement, and through the Republican Party Of

Cumberland County, Tennessee in that Mrs. Mayberry is related to Mr. Webb's previous employer and Cumberland County, TN law enforcement.

39.     After Mrs. Mayberry was noticed in a scheme, Mrs. Mayberry decided to drop Mr. Webb as a client, and keep Mr. Webb's money to prevent Mr. Webb from obtaining an immediate attorney.

40.     Mrs. Mayberry and Mr. Webb was noticed by the Cumberland County, TN Republican Party as a legal threat during election time.

41.     The Republican Party noticed Mr. Webb as a legal threat due to Mr. York's influence and false accusations to "win over" Ms. Webb.

42.     The General Sessions Judge passed away due to medical problems after Mr. Webb petitioned a write up through the Board Of Judicial Conduct.

43.     Concerning the petition and/or complaint, with an ink pen Mrs. Mayberry wrote the number and/or address of the Judicial Conduct information then handed it to Mr. Webb in which Mr. Webb submitted this evidence to a state agency and others after Mr. Webb learned people already knew that Mr. Webb "wrote up" Judge Warner.

44.     Mrs. Mayberry became excited after Mr. Webb's refusal to a "bogus" plea as Mr. Webb noticed her physical response after Mr.

Webb answered no to a plea bargain in that the Order Of Protection was to be heard that day in that a plea was offered and no hearing happened.

45.     Mr. Webb again received no relief in that Mr. Webb was prosecuted by both the ADA and opposing Attorney, Mr. Bryant at a preliminary hearing in that Mr. Webb was not allowed an Attorney concerning the criminal matter in that the combined Order Of Protection hearing allowed the opposing attorney to help prosecute Mr. Webb.

46.     Before this Preliminary hearing Mr. Webb confronted the judicial commissioners at their office in Cumberland County, TN concerning the Order Of Protection deadline of it being not heard in court and not being met.

47.     The older male judicial commissioner stated he would look into the deadline "loophole", after he arrives back from a scheduled appointment.

48.     After the male judicial commissioner left the office, a female judicial commissioner intercepted Mr. Webb's request of dismissal through their office concerning a legal deadline.

49.     The female judicial commissioner refused to consider Mr. Webb's verbal petition of dismissal.

50.     After making it apparent Mr. Webb had left the office of the judicial commissioners, the female commissioner was on the phone with the older male judicial commissioner.

51.     Mr. Webb overheard the female commissioner convincing the male commissioner to not consider Mr. Webb's verbal petition due to an investigation in which Mr. Webb recorded the incident.

52.     Mr. Webb was then prosecuted at his divorce hearing in a "targeted" way that was extremely obvious in that Mr. Webb suffered a "staged" and unfair trial for the first of three trials resulting in his son being kidnapped.

53.     Mr. Webb learned he'd been used for good in that a real Conspiracy was allowed to be played against Mr. Webb.

54.     Every Constitutional right Mr. Webb owned was violated on purpose when the government offices and officials in Cumberland County, TN "horse laughed" Mr. Webb after he had reached out to all Clerks offices and other concerning the illegal actions acted out against him.

55.   Mr. Webb can confirm an illegal "game" of some type was acted out against him by numerous officials and Cumberland County, TN offices in that Mrs. Mayberry pushed the Sheriff's Department and Clerks offices and the Cumberland County, TN Republican party influenced the same entities plus other offices and officials.

56.   As the victim made to appear to be the abuser, Mr. Webb was tracked and subjected to a broadcasted audio through both his truck, his iphone, and his galaxy S-20 that Mr. Webb had shut off through AT&T during 2020 but this phone was not partially active.

57.   Mr. Webb confronted Sheriff Casey Cox concerning his evidence being hidden and that he was the victim and could prove it.

58.   After contacting Mr. Cox by several emails that included evidence, No one showed up to Mr. Webb's following court date.

59.   The incidents and timelines concerning the victim, Mr. Webb being targeted for failure was obvious to the point that Mr. York Jr. used his influence to target Mr. Webb through the Republican Party Of Cumberland County, TN.

60.   Mr. Webb has not succeeded in seeing his son in that Mr. Webb and his son are the only victims in this circle of events that includes illegal actions against Mr. Webb committed out in the open.

61.   Mr. Webb patiently watched with no relief and no excuse after Mr.
      Webb was a perfect law abiding citizen awaiting the case(s) to be
      overturned or dismissed.

62.   After approximately nine months Mr. Webb's attitude and actions
      became inappropriate in that this new response by Mr. Webb was
      somehow used to purposely justify Mrs. Mayberry and the Republican
      party's actions.

63.   Mr. Webb kept reaching out for help to see his son and resolve
      these illegal acts in which the people Mr. Webb trusted were also
      contacted and manipulated by multiple persons that includes
      attractive male officials and/or law enforcement who purposely
      "targeted" Ms. Jessica Hill who was Mr. Webb's girlfriend after legal
      separation.

64.   Mr. Webb was receiving an approximate two or up to ten attempts
      against him per day in a real Conspiracy, entrapments, and Ms. Webb
      being allowed to continue to obstruct justice due to her dating Mr.
      York Jr, in which Mr. York Jr. was supported by his family and
      members of the Republican Party For Cumberland County, TN.

65.    After Mrs. Mayberry took Mr. Webb's legal money before resolving any case, Mr. Webb was tracked and not allowed another attorney on purpose.

66.    Mrs. Mayberry committed illegal action against Mr. Webb but after Mr. Webb was dropped as client, Mr. Webb spoke out concerning a concluded conspiracy in that a new one was starting to exclude characters from the first conspiracy in that Ms. Jessica Hill was involved and/or witnessed.

67.    Mr. Webb filed a complaint with this Court concerning Mortgage Frauds in that Mr. Webb's Iphone played a picked song by one of the multiple hackers of the iphone when this intimidation was encouraged to lower Mr. Webb's self esteem concluding the song to appear in saying, "Dumb, Dumb, Dumb, Dumb da diddy Dumb, in that was played as a fact when Mr. Webb owns video's of hackers changing his radio stations, in that Mr. Webb received a hint of opinion that he would lose support by submitting that complaint with those names.

68.    Avery York Jr. was an affair to Ms. Webb who influenced his friends and/or family to "target" Mr. Webb through politics in that Mr. York Jr., was then allowed to be a part of a supervisor type reporter in this "game" which Ms. Jessica Hill did the same reporting in that Mr.

Webb was slandered that also included the illegal breach of privacy in that it was committed against the male domestic victim named "Precious", by the Avalon Center who is, Mr. Webb.

69.    As the real victim Mr. Webb was tracked, set up for failure, harassed, thefts against him at no end, in which the Republican Party Of Tennessee had a part in creating to exclude characters from a real conspiracy that included Integrity Motors installing new technology into the truck purchased by Mr. Webb.

70.    To make this group decision appear to be legal the Republican Party and other persons and entities were purposely invited to this viewing of an aggressive and entertaining divorce in which the public was allowed to view as a recreational activity and vote on with Mr. Webb's continued reminders and statements through a broadcasted audio Mr. Webb could not refuse as he attempted to do so numerous times in that illegal and unjustified warrants occurred in this beginning.

71.    Concerning the beginning of this timeline Mr. Webb confronted through an audio illegally downloaded and monitored in which he stated your warrants are not legal, I am the victim, and violence

and/or sexual predatory behavior is the only possible way to justify this targeting of the victim.

72. Persons and entities involved violated every constitutional right Mr. Webb owned as a Tennessee and United States Citizen in that no bogus form or manipulated signature would legally allow due to fact Mr. Webb confronted all entries concerning these illegal acts that includes Mr. Webb being forced to accept this scheme and/or conspiracy, forced to entertain in that Mr. Webb became recreational activity for all viewers.

73. Mr. Webb was receiving hints or implied actions of betting, a prize concerning some game, in that Mr. Webb is well over half a million U.S. Dollars in the negative due to a game resulting in near total loss that includes Mr. Webb's son and his own life.

74. Person(s) and/or Entity(s) that includes the Republican Party Of Cumberland County, TN have participated in a manipulated Conspiracy against Mr. Webb that includes making Mr. Webb appear to be a "mental basket case", when the fact is the opposite is true with Mr. Webb responding to Conspiracy, Kidnapping, and his rights purposely violated at no end eliminating Mr. Webb's rights to receive privileges in this United States Of America Democracy.

## COUNT 1, KIDNAPPING

75.    The "targeting", demanded by the Republican Party of Cumberland
County, Tennessee and Mrs. Mayberry resulting in Mr. Webb's right to
be free from CRUEL AND UNUSUAL PUNISHMENT secured by the
Eighth Amendment under The Constitution Of The United States
being violated after Mr. Webb was subjected to Retaliatory Treatment
under the Fourth Amendment for Equal Protection secured by the
Constitution Of The United States; resulting in Mr. Webb's son being
kidnapped as a direct result in a real Conspiracy.   This Conspiracy
involving Mr. Webb's son being kidnapped and Mr. Webb being
illegally removed from his home resulted in Mr. Webb's total
destruction of his life in that the Cumberland County, TN Republican
Party and Ivy Mayberry are both equally responsible for Mr. Webb's
home not being replaced in which Mr. Webb was judged during this
Kidnapping and purposely placed in uncomfortable scenarios to
purposely push Mr. Webb into negative responses, negative attitude,
and no desire to be social with any woman after persons and/or
entities attempted to stage above average of age female escorts,
single women, and other in attempt to help Mr. Webb move forward,

create an entertainment, and push Mr. Webb into a lost memory of his kidnapped son.

76. The felonies and illegal actions Mr. Webb responded to were never a response of violence nor sexual predatory behavior resulting in Mr. Webb secluding himself, and being abstinent for nearly three years.

77. The Republican Party Of Cumberland County, Tennessee influenced Mrs. Mayberry into not defending Mr. Webb in that Mrs. Mayberry allowed this kidnapping, conspired in this kidnapping, in that the Kidnapping occurred through two state actors of an ADA and the acting General Sessions Judge when Mr. Webb accidently caught Mr. Bryant and ADA Bateman being forced in a hidden after hours meeting of discovery somehow related to Mr. Webb in that every person involved and eligible for consequence both slandered Mr. Webb and cherry picked evidence denying Mr. Webb his right to Equal Protection, both Procedural and Substantive Due Process, in which Mr. Webb has been led to believe he is no longer a United States Citizen and these acts against him are legally allowed to continue at no end with the goal to make Mr. Webb appear a lost cause.

## COUNT 2, CONSPIRACY

78.    The Republican Party Of Cumberland County, Tennessee influenced members to have a negative influence on my life and legal situation. The Republican Party Of Cumberland County, Tennessee influenced my Attorney's, Mrs. Mayberry and Mr. Craig Frickling not to help me, hide my evidence, allowing Mr. Webb to be judged outside of the court after being wrongfully left homeless; denying Mr. Webb's right to an Attorney and effective assistance of counsel secured by the Sixth Amendment under the Constitution of the United States resulting in Mr. Webb's misrepresentation, no representation, and total failure in three cases showed that this conspiracy was also committed and demanded by The Republican Party Of Cumberland County, Tennessee, with Mrs. Mayberry assisting, watching, and stalking me when I can name a Judge I slandered who witnessed Mrs. Mayberry aggressively exiting the courtroom after Mrs. Mayberry was stalking me at my court hearings to ensure my evidence stayed hidden and to ensure her consequences for her actions were noticed resulting in a real corruption in a split county government the Republican Party attempted to navigate this mess with their own reputation and agenda being first with disregard to Mr. Webb who's the real victim and his son who was a child when this Republican

Party executed their real conspiracy in support of Mr. Avery York Jr's romantic affair with Mr. Webb's now ex wife.

79.    Mr. Webb reported Mr. Avery York Jr. more than once that includes the kiosk at the Cumberland County, TN jail when the fact is that receiving agents denied Mr. Webb relief due to the vindictive and controlling behavior of persons affiliated with the Republican Party Of Tennessee who would not stop parallel to Ivy Mayberry when Mr. Webb's actions and attitude, plus responses are clearly the result of his right to be free from a malicious prosecution in that both the Republican Party and Mrs. Mayberry had the motive to retaliate against Mr. Webb after a Judge passed away that Mr. Webb filed petition against concerning court favors, and that judges friends and/or donors in which Howard Glen McDonald is the broker who helped commit mortgage fraud against me in which Mr. McDonald was an active contributor to the Republican Party Of Cumberland County, TN.

## COUNT 3, OBSTRUCTION OF JUSTICE

80.    The Republican Party For Cumberland County, Tennessee obstructed justice after Avery York Jr. pushed to commit conspiracy through the Republican Party For Cumberland County, Tennessee

state actors ADA and the General Sessions court Magistrate that resulted in indictment against Mr. Webb after Mr. Webb has received judicial notice of Ms. Webb's obstruction/perjury which occurred as a fact before indictment that also includes Ms. Webb's tampering with evidence excused until after the date of her and Mr. York's separation in that Mr. Webb has had his electronic and social media devices/accounts manipulated at no end to the point where Mr. Webb cannot pinpoint individuals without fear of again slandering the other officials who have integrity.

81.    Mr. Webb's evidence hidden denied his right to the Fourteenth Amendment, Substantive and Procedural Due Process, under the Constitution Of The United States.

82.    Mr. Webb had no legal issues other than the three legal cases with Ms. Webb during late 2021 and the beginning of 2022 in that a conspiracy pushed Mr. Webb into failure all around his life.

83.    Mr. Webb was forced to accept all negative and manipulative acts plus physical devices, tracking, and broadcasted audio after refusing it had no positive results in that Mr. Webb had no choice and was forced to accept and request federal help in controlling the violating of Mr. Webb's right to Privacy secured by the Fourth and Fourteenth

Amendment under the United States Constitution in that the Republican Party Of Cumberland County, TN and Mrs. Mayberry used this illegal and demanded action against Mr. Webb that allowed Ms. Webb to regain control over Mr. Webb's life resulting in Mr. Webb being subjected to not being allowed his right to free speech under the constitution nor would it allow Mr. Webb a mental health release of a verbal and private journal in his own privacy, of his own cab, of his own truck in that this fact of Mr. Webb's verbal journal as his human right was legally used against Mr. Webb resulting in a BOGUS mental health attack against Mr. Webb after Mental Health Persons used Mr. Webb's verbal journal, stated in his own privacy, coping with a kidnapping, conspiracy, financial ruin, thefts, his dogs stolen, men in his home romanticly around his son, acts against him in which it's obvious persons and entities responsible attempted to violate Mr. Webb's rights to prevent his being a dad to his son that was KIDNAPPED as a plan when Mr. Webb was purposely led to believe his son was dead.

## COUNT 4, EXCESSIVE FORCE

84.    Mr. Webb was subjected to staged and/or fake trials, Mr. Webb was subjected to incarceration that included transfer to high security,

Mr. Webb was pushed and made to appear an unfit citizen of the
United States after persons and entities are worried about what Mr.
Webb's son will tell him that what happened at his home was illegal.

85.     Mr. Webb was subjected to multiple arrests and detainments by
law enforcement that was only affiliated with the Cumberland County,
TN officials and persons involved with Mr. Webb's conspiracy against
him.

86.     Mr. Webb was subjected to intense detainment over slander
resulting in arrest and placement into a hospital twice when Mr. Webb
can and will prove these mental health detainments were only to
prevent Mr. Webb from moving forward in a legal battle against
corrupt officials who have misappropriated state and federal funding
to monitor Mri. Webb in that it's the main reason this mess is not
fixed.

87.     Mr. Webb can 100% prove he was slandered through a mental
health evaluation in that the diagnosis was not true, nor correct but
instead a direct lie to prevent Mr. Webb from receiving his kidnapped
son who has information of a truth of characters that were erased
and/or excluded from a real conspiracy supported by a plan
developed and executed by the Republican Party, Avery York Jr,

Jessica Hill, enforcement, and the Cumberland County, Tennessee Republican Party.

88. Mr. Webb was detained then transported to a vanderbilt hospital in which the employee's in Mr. Webb's presence that include multiple medical professionals attempted to prevent Mr. Webb from being transferred to the state hospital in which this excessive force was defeated after the state doctor released Mr. Webb the next morning after the state doctor spoke to Mr. Webb and realized Mr. Webb's earliest release was appropriate in that this was executed as fact.

89. The state hospital Mr. Webb was forced to be detained under diagnosed Mr. Webb with a false and bogus diagnosis that included a lie that humiliated Mr. Webb in that Vanderbilt hospital never suggested nor would any other professional suggest in that Mr. Webb was targeted through a lied diagnosis to prevent Mr. Webb from getting his son.

90. The state hospital forced Mr. Webb to sign release documents when the fact is Mr. Webb was subjected to an excessive force that if not signed, Mr. Webb would have never been released.

91. The state hospital ignored Mr. Webb;s history later confirmed concerning Mr. Webb's prescription in that a failed drug test assumed

a drug addiction after Mr. Webb was prescribed and did not abuse

nor sell his medications that were stolen quite often and not placed

into police reports by Cumberland County, TN who has sheriff

affiliated with the Cumberland County, Tennessee Republican Party.

92. The Republican Party affiliates in Cumberland County have used

their entity as a team power to excuse themselves from felony acts as

officials resulting in Mr. Webb's right to medical violation, and Mr.

Webb being forced to undergo documentation of false and illegal

diagnosis to prevent Mr. Webb from appearing mentally competent in

a courtroom.

93. Mr. Webb has been subjected to his medical privacy purposely

violated to help these officials legally cover up a real conspiracy to

save their careers and prevent my son from telling me what illegal

actions took place at my home after I was illegally removed.

94. Mr. Webb was purposely denied his fundamental right to refuse

medical under the United States Constitution in that the complaint

was not appropriately evaluated and covered up as a mistake through

false diagnosis Mr. Webb can prove to be a lie to prevent liability, to

prevent Mr. Webb from receiving his son, in that Mr. Webb's private

and verbal journal of a stress release due to political corruption, three

mortgage frauds against him, and his son kidnapped resulting in the transferring vehicles by officers to be an example that Mr. Webb was wrongfully detained and humiliated.

## MONETARY DAMAGES AND RELIEF REQUESTED

A. ANY AND ALL RELIEF THIS HONORABLE COURT DEEMS APPROPRIATE, HAS THE POWER TO ALLOW, AND ORDER.

B. MONETARY AWARD OF $150,000,000.

Respectfully Submitted,

*Gregory Ryan Webb*

Gregory Ryan Webb

934 Macedonia Road

Spring City, TN 37381

865-297-6641

ryan190023@gmail.com